Lois I. Brady
Chapter 7 Trustee
POB 12425
Oakland, CA 94604
Telephone: (510) 452-6498
Fax: (510) 452-6499
loisbrady@sbcglobal.net

RECEIVED
JAN 26 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

FILED
JAN 21 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In re:

TIMOTHY L SILVA SR &
JUDITH L SILVA,

Debtor(s)

Case No. 10-40665-N-7

Chapter 7

NOTICE OF CLAIM DISTRIBUTIONS UNDER FIVE DOLLARS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3010, the trustee in the above-captioned case hereby turns over to the Court, claim distributions under five dollars in the amount of $2.19. The name and address of the claimant entitled to the claim distributions under $5.00 are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 17 | GE MONEY BANK<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | 85.86 | $2.19 |
| | Total Claim Distributions Under Five Dollars | | $2.19 |

Dated: January 20, 2011

/s/ Lois I. Brady
Lois I. Brady, Chapter 7 Trustee